**Order entered August 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01694-CR

### FRANCISCO ALVAREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F09-73175-P

## ORDER

The Court **REINSTATES** the appeal.

On July 29, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the July 29, 2013 order.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
         JUSTICE